[Nos. 37348-3-II; 37378-5-II.   Division Two.   January 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. PO CHHUOY,
*Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ANDY OEUNG,
*Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 07-1-02901-1, Brian M. Tollefson, J., entered February 8, 2008. *Reversed* and *remanded* by unpublished opinion per Penoyar, A.C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 37380-7-II.   Division Two.   January 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. HOWARD ODELL
CARR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-03018-8, John R. Hickman, J., entered February 22, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 37806-0-II.   Division Two.   January 20, 2010.]

*In the Matter of the Personal Restraint of* HOYT WILLIAM
CRACE, *Petitioner*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated May 20, 2010. Now published at 157 Wn. App. 81.